# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC REBOLLO,

    Plaintiff,

v.

KHADIJA GULLEY, *et al*.,

    Defendants.

Case No. 2:12-CV-00267-KJD-GWF

**ORDER**

    Before the Court is Defendants ReconTrust Company and Joseph Oleksak's Motion to Dismiss (#5) and Motion to Expunge Lis Pendens (#10). Plaintiff has not filed any opposition to these Motions.

    Pursuant to Local Rule 7-2(b), any response and/or opposition to the Motion to Dismiss and Motion to Expunge Lis Pendens was required to be filed with the Court and served within fourteen days after service of the Motion. Local Rule 7-2(d) provides that the failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion. Defendants' Motions appear to be supported by good cause.

    Accordingly, **IT IS HEREBY ORDERED** that Defendants ReconTrust Company and Joseph Oleksak's Motion to Dismiss (#5) is **GRANTED**.

    **IT IS FURTHER ORDERED** that Defendants' Motion to Expunge Lis Pendens (#10) is **GRANTED**.

    DATED this 2nd day of April 2012.

_____
Kent J. Dawson
United States District Judge