# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ERIC REBOLLO,

    Plaintiff,

v.

KHADJIA GULLEY, *et al.*,

    Defendants.

Case No. 2:12-CV-00267-KJD-GWF

**ORDER**

    Before the Court is Defendants ReconTrust Company, N.A. and Joseph Oleksak's Motion to Expunge Lis Pendens (#19). No opposition has been filed.

    This Court dismissed Plaintiff's complaint and expunged Plaintiff's lis pendens concerning 454 Brompton Street, Las Vegas, NV 89178, Parcel #176-18-516-137 (the "Property") on April 2, 2012. Defendants recorded this Court's order expunging the lis pendens on April 6, 2012. However, Plaintiff caused another lis pendens to be recorded on August 1, 2012. There is no litigation supporting the August 2012 lis pendens.

    Plaintiff has failed to provide points in authorities in opposition to the Motion to Expunge. Defendants' motion appears to be supported by good cause. Accordingly, **IT IS HEREBY ORDERED** that Defendants' Motion to Expunge Lis Pendens (#19) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Lis Pendens on the Property is cancelled, released, and expunged.

DATED this 19th day of February 2013.

_____
Kent J. Dawson
United States District Judge